UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MICHAEL McCORMACK, by and through his successor in interest Melinda Jacobson McCormack; MELINDA JACOBSON McCORMACK, by and through her Guardian ad Litem, James McCormack,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; SANDRO XAVIER RIVERA; DOES 1-10,<br><br>Defendants. | Case No. 5:21-cv-00148-JGB (SHKx)<br>*Consolidated with 5:22-cv-00769 (SHKx)*<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## **JUDGMENT**

In accordance with the Court's Order Granting Defendants County of San Bernardino and San Bernardino County Sheriff's Department's ("County Defendants") Motion for Summary Judgment (Dkt. No. 38), and good cause appearing, **IT IS HEREBY ORDERED THAT:**

1. County Defendants' Motion for Summary Judgment is **GRANTED**.
2. Final judgment is **ENTERED** in County Defendants' favor on Plaintiffs' Complaint (Dkt. No. 1) in Case No. 5:21-CV-00148-JGB-SHK.

//

//

//

3. Plaintiffs shall take nothing by way of their Complaint (Dkt. No. 1) against County Defendants in Case No. 5:21-CV-00148-JGB-SHK.

DATED: September 14, 2022

**HON. JESUS G. BERNAL**
United States District Court Judge