# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MICHAEL McCORMACK, by and through his successor in interest Melinda Jacobson McCormack; MELINDA JACOBSON McCORMACK, by and through her Guardian ad Litem, James McCormack,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; SANDRO XAVIER RIVERA; DOES 1-10,<br><br>Defendants. | Case No. 5:21-cv-00148-JGB (SHKx)<br>*Consolidated with 5:22-cv-00769 (SHKx)*<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## **JUDGMENT**

In accordance with the Court's Order Granting Defendant Brandon Enriquez's Motion for Summary Judgment (Dkt. No. 107), and good cause appearing, **IT IS HEREBY ORDERED THAT:**

//
//
//
//

1. Defendant's Motion for Summary Judgment is **GRANTED** in its entirety.
2. Final judgment is **ENTERED** in Defendant Brandon Enriquez's favor.
3. The Clerk of the Court is **DIRECTED** to close this case.

DATED: August 9, 2023

**HON. JESUS G. BERNAL**
United States District Court Judge